# UNITED STATES DISTRICT COURT
## District of Minnesota

Henry Antonio Villeda Posada,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1121 MJD/JFD

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge John F. Docherty filed February 11, 2026 **[Doc. 8]**.

2. Petitioner Henry A. V. P.'s Emergency Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED**.

    a. Respondents are ordered to immediately arrange for release of Petitioner into Minnesota at a safe time and in a safe place that is communicated at least two (2) hours in advance to Petitioner's counsel;

    b. Respondents are ordered to release Petitioner on his own recognizance and without conditions; and

    c. Respondents are ordered to immediately return all Petitioner's personal items that were taken from him when he was detained in substantially the same condition as when the items were taken, such as his driver's license, immigration papers, passport, cell phone, and keys.

3. Within 48 hours of the date of the filing of this Order, Respondents are ordered to file a status update with the Court reporting on their compliance with this Order.

4. Any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment in this matter, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted.

Date: 2/20/2026

KATE M. FOGARTY, CLERK