UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Henry A. V. P.,

    Petitioner,

v.

Pamela Bondi, et al.,

    Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-01121 (MJD/JFD)

Kira Aakre Kelley, Climate Defense Project, Counsel for Petitioner.

David W. Fuller, Friedrich A. P. Siekert, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

On February 20, 2026, the Court granted Petitioner's Emergency Petition for Writ of Habeas Corpus and ordered Respondents to, among other things, immediately arrange for Petitioner's release into Minnesota and to return his personal property. [Doc. 10.] On February 22, 2026, Respondents notified the Court that Petitioner had been released from the Whipple Federal Building on February 20. [Doc. 12.] On March 11, Respondents filed a status report notifying the Court that Petitioner had retrieved all his property and that Petitioner's counsel and Respondents' counsel agree that this matter is fully resolved. [Doc. 13.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Henry A. V. P.'s Emergency Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 13, 2026               s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court