# UNITED STATES DISTRICT COURT

## District of Minnesota

Henry Antonio Villeda Posada,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1121 MJD/JFD

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

**IT IS HEREBY ORDERED** that Petitioner Henry A. V. P.'s Emergency Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 3/13/2026

KATE M. FOGARTY, CLERK